## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BARBARA DAQUILANTE, | : | No. 346 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| MERCY CATHOLIC MEDICAL CENTER | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.